THE PEOPLE OF THE STATE OF NEW YORK ex rel. LATHROP BROWN, Respondent, *v.* J. F. CARWENKA et al., as Members of and Constituting the Board of Inspectors of Elections of Election District No. 4, Town of Islip, et al., Respondents.

FREDERICK C. HICKS, Intervenor, Appellant.

(Submitted July 13, 1915; decided July 13, 1915.)

Motion for re-argument denied, without costs. (See 215 N. Y. 357.) On the disposition of this appeal the litigation was treated in its broad aspect, and costs were ordered accordingly. We are, therefore, not disposed to amend our determination in that respect.

---

EARL J. DAVIS et al., Respondents, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

(Submitted July 13, 1915; decided July 13, 1915.)

MOTION to set aside and vacate an order of an associate judge of the Court of Appeals staying proceedings pending the hearing and determination of an appeal.

*Per Curiam.* We hold that the court has the power to grant a stay pending the hearing of an appeal from a judgment such as is involved in this case. We further hold that a judge of the court has the power to grant a temporary stay pending the hearing of a motion for a permanent stay; but inasmuch as the order in question proceeds beyond this it must be vacated.

All concur.

Motion granted.